IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Jeremiah Edwards,<br><br>　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　Respondents. | No. CV-23-00404-PHX-DJH<br><br>**ORDER** |

　　　　On December 18, 2023, Magistrate Judge Michael T Morrissey issued a Report and Recommendation ("R&R") recommending Petitioner Tony Jeremiah Edwards's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) be denied and dismissed with prejudice. (Doc. 10). Petitioner has not filed any objections and the time to do so has passed. The R&R will be adopted in full.

　　　　Accordingly,

　　　　**IT IS ORDERED** the Report and Recommendation (Doc. 10) is **ACCEPTED AND ADOPTED IN FULL**.

　　　　**IT IS FURTHER ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

　　　　**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable.

/ / /

1  **IT IS FINALLY ORDERED** the Clerk of Court shall close this matter and enter
2  judgment accordingly.
3      Dated this 21st day of March, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge